No. 514. WASHINGTON DEPARTMENT OF GAME ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Don Eastvold,* Attor-

ney General, and *William E. Hicks, Lee Olwell* and *Harold A. Pebbles,* Special Assistant Attorneys General, for the State of Washington, petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Burger, Melvin Richter, Lester S. Jayson, Willard W. Gatchell, John C. Mason* and *Louis C. Kaplan* for the Federal Power Commission, and *Clarence M. Boyle* and *E. K. Murray* for the City of Tacoma, respondents.